KATHLEEN A. McCORMAC (#159012)
McCORMAC & ASSOCIATES
655 Montgomery Street, Suite 1200
San Francisco, CA 94111
Tel: (415) 399-1722
Fax: (415) 399-1733
kmccormac@mccormaclaw.com

Attorneys for PLAINTIFF
VALENTINO VILLAPANDO

FUTTERMAN DUPREE DODD CROLEY MAIER LLP
DANIEL A. CROLEY (154386)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
dcroley@fddcm.com

KEATING MUETHING & KLEKAMP
COLE BOND (*PHV* PENDING, OH 0078530)
One East Fourth Street, Suite 1400
Cincinnati OH 45202
Telephone: (513) 579-6558
Facsimile: (513) 579-6457
cbond@kmklaw.com

**Attorneys for Defendant**
CINTAS CORPORATION NO. 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| VALENTINO VILLAPANDO, <br><br> PLAINTIFF, <br> vs. <br><br> CINTAS CORPORATION NO. 3, and DOES 1 to 10, inclusive, <br><br> DEFENDANT(S). | Case No.: C10-05227 SBA <br><br> STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR THE EARLY SETTLEMENT CONFERENCE |

-1-

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR THE EARLY SETTLEMENT CONFERENCE**

1  Counsel has communicated with Magistrate Ryu's clerk to schedule this matter for an Early
2  Settlement Conference since January 5, 2012. Dates did not provide availability for Defendant's
3  Counsel. Counsel agreed on a date, but Magistrate Ryu had another scheduling conflict.
4  THEREFORE THE PARTIES BY AND THROUGH their counsel of record, hereby
5  stipulate that the Early Settlement Conference presently scheduled for 90 days from December 9,
6  2011 be extended for additional 60 days to allow for the parties to select a date that all have
7  available.

Dated: January 25, 2012                    MCCORMAC & ASSOCIATES

                                           By:  /s/ Kathleen A. McCormac
                                                Kathleen A. McCormac
                                                Attorneys for Plaintiff
                                                VALENTINO VILLAPANDO


Dated: January 25, 2012                    KEATING MUETHING & KLEKAMP


                                           By:  /s/ Cole Bond
                                                Cole Bond
                                                Attorneys for Defendant
                                                CINTAS CORPORATION NO. 3


**IT IS SO ORDERED.**

DATED: 1/26/12
                                           _____
                                           HON. JUDGE SAUNDRA B. ARMSTRONG

-2-
**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR THE EARLY SETTLEMENT CONFERENCE**