KATHLEEN A. McCORMAC (#159012)
McCORMAC & ASSOCIATES
655 Montgomery Street, Suite 1200
San Francisco, CA 94111
Tel: (415) 399-1722
Fax: (415) 399-1733
kmccormac@mccormaclaw.com

Attorneys for PLAINTIFF
VALENTINO VILLAPANDO

FUTTERMAN DUPREE DODD CROLEY MAIER LLP
DANIEL A. CROLEY (154386)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
dcroley@fddcm.com

KEATING MUETHING & KLEKAMP
COLE BOND(*PHV* PENDING, OH 0078530)
One East Fourth Street, Suite 1400
Cincinnati OH 45202
Telephone: (513) 579-6558
Facsimile: (513) 579-6457
cbond@kmklaw.com

**Attorneys for Defendant**
CINTAS CORPORATION NO. 3

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| VALENTINO VILLAPANDO,<br><br>PLAINTIFF,<br>vs.<br><br>CINTAS CORPORATION NO. 3, and DOES 1 to 10, inclusive,<br><br>DEFENDANT(S). | Case No.: C10-05227 SBA<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR THE EARLY SETTLEMENT CONFERENCE |

-1-

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR THE EARLY SETTLEMENT CONFERENCE**

Counsel has communicated with Magistrate Ryu's clerk to schedule this matter for an Early Settlement Conference since January 5, 2012. Dates did not provide availability for Defendant's Counsel. Counsel agreed on a date, but Magistrate Ryu had another scheduling conflict.

THEREFORE THE PARTIES BY AND THROUGH their counsel of record, hereby stipulate that the Early Settlement Conference presently scheduled for 90 days from December 9, 2011 be extended for additional 60 days to allow for the parties to select a date that all have available.

Dated: January 25, 2012      MCCORMAC & ASSOCIATES

By: /s/ Kathleen A. McCormac
Kathleen A. McCormac
Attorneys for Plaintiff
VALENTINO VILLAPANDO

Dated: January 25, 2012      KEATING MUETHING & KLEKAMP

By: /s/ Cole Bond
Cole Bond
Attorneys for Defendant
CINTAS CORPORATION NO. 3

**IT IS SO ORDERED.**

DATED: 2/1/12

HON. JUDGE SAUNDRA B. ARMSTRONG

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR THE EARLY SETTLEMENT CONFERENCE