| | |
|---|---|
| 1 | KATHLEEN A. McCORMAC (#159012) |
| | McCORMAC & ASSOCIATES |
| 2 | 655 Montgomery Street, Suite 1200 |
| | San Francisco, CA 94111 |
| 3 | Tel: (415) 399-1722 |
| | Fax: (415) 399-1733 |
| 4 | kmccormac@mccormaclaw.com |
| 5 | Attorneys for PLAINTIFF |
| | VALENTINO VILLAPANDO |
| 6 | |
| 7 | FUTTERMAN DUPREE DODD CROLEY MAIER LLP |
| | DANIEL A. CROLEY (154386) |
| 8 | 180 Sansome Street, 17th Floor |
| | San Francisco, CA 94104 |
| 9 | Telephone: (415) 399-3840 |
| | Facsimile: (415) 399-3838 |
| 10 | dcroley@fddcm.com |
| 11 | |
| 12 | KEATING MUETHING & KLEKAMP |
| | COLE BOND(*PHV* PENDING, OH 0078530) |
| 13 | One East Fourth Street, Suite 1400 |
| | Cincinnati OH 45202 |
| 14 | Telephone: (513) 579-6558 |
| | Facsimile: (513) 579-6457 |
| 15 | cbond@kmklaw.com |
| 16 | **Attorneys for Defendant** |
| 17 | CINTAS CORPORATION NO. 3 |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| VALENTINO VILLAPANDO, | Case No.: Cl0-05227 SBA |
|---|---|
| PLAINTIFF, vs. | STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL |
| CINTAS CORPORATION NO. 3, and DOES 1 to 10, inclusive, | |
| DEFENDANT(S). | |

-1-
**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**

IT IS HEREBY STIPULATED, by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice.

Dated: April 26, 2012

MCCORMAC & ASSOCIATES

By: ____/s/ Kathleen A. McCormac____
      Kathleen A. McCormac
      Attorneys for Plaintiff
      VALENTINO VILLAPANDO

Dated: April 26, 2012

KEATING MUETHING & KLEKAMP

By: ____/s/ Cole Bond____
      Cole Bond
      Attorneys for Defendant
      CINTAS CORPORATION NO. 3

**IT IS SO ORDERED.**

DATED: 9/19/12

*Saundra B. Armstrong*
HON. JUDGE SAUNDRA B. ARMSTRONG