KATHLEEN A. McCORMAC (#159012)
McCORMAC & ASSOCIATES
655 Montgomery Street, Suite 1200
San Francisco, CA 94111
Tel: (415) 399-1722
Fax: (415) 399-1733
kmccormac@mccormaclaw.com

Attorneys for PLAINTIFF
VALENTINO VILLAPANDO

FUTTERMAN DUPREE DODD CROLEY MAIER LLP
DANIEL A. CROLEY (154386)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
dcroley@fddcm.com

KEATING MUETHING & KLEKAMP
COLE BOND (*PHV* PENDING, OH 0078530)
One East Fourth Street, Suite 1400
Cincinnati OH 45202
Telephone: (513) 579-6558
Facsimile: (513) 579-6457
cbond@kmklaw.com

**Attorneys for Defendant**
CINTAS CORPORATION NO. 3

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTINO VILLAPANDO, | Case No.: Cl0-05227 SBA |
| PLAINTIFF, vs. | STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL |
| CINTAS CORPORATION NO. 3, and DOES 1 to 10, inclusive, | |
| DEFENDANT(S). | |

-1-
**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**

McCORMAC
&
ASSOCIATES

IT IS HEREBY STIPULATED, by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice.

Dated: April 26, 2012                    MCCORMAC & ASSOCIATES

                                         By:    /s/ Kathleen A. McCormac
                                                Kathleen A. McCormac
                                                Attorneys for Plaintiff
                                                VALENTINO VILLAPANDO


Dated: April 26, 2012                    KEATING MUETHING & KLEKAMP


                                         By:    /s/ Cole Bond
                                                Cole Bond
                                                Attorneys for Defendant
                                                CINTAS CORPORATION NO. 3


**IT IS SO ORDERED.**

DATED: 9/19/12

                                         *[signature]*
                                         HON. JUDGE SAUNDRA B. ARMSTRONG

-2-
**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**

**MCCORMAC & ASSOCIATES**